1  **RICHARD G. HULLINGER (SBN 294025)**
   **Law Office of Richard G. Hullinger**
2  **1000 Brannan Street, Suite 488**
   **San Francisco, CA 94103**
3  **Telephone: (415) 575-3588**
   **Facsimile:   (415) 522-1506**
4  **rgh.law@outlook.com**
   Attorney for Defendant
5  **HENRY JOVANY SEVILLA SEVILLA**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 19-383 JD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING DATE AND EXCLUDING TIME FROM DECEMBER 4, 2019, TO JANUARY 15, 2020** |
| vs. | |
| HENRY JOVANY SEVILLA SEVILLA, | |
| Defendant. | |

Defendant, HENRY JOVANY SEVILLA SEVILLA, by and through counsel Martin Sabelli and Richard Hullinger, requests that the scheduled pretrial hearing date of December 4, 2019, be vacated and that this matter be continued to January 15, 2020.  Mr. Sabelli is scheduled for knee surgery on December 3, 2019.  The defense will also require additional time to conduct defense investigation and review the discovery received on November 18, 2019.  The government has no objection and stipulates to this request.  Therefore, the parties stipulate and agree that this matter should be continued to January 15, 2020, and that time should be excluded for effective preparation of counsel.

DATED:  November 19, 2019         Respectfully submitted,
                                   /s/*Richard Hullinger*
                                   RICHARD HULLINGER
                                   Attorney for Defendant

DATED:  November 19, 2019         DAVID L. ANDERSON
                                   United States Attorney
                                   /s/ *Sailaja M. Paidipaty*
                                   AUSA SAILAJA M. PAIDIPATY

1

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the court proceeding currently scheduled on December 4, 2019, be continued to January 15, 2020.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 4, 2019, and January 15, 2020, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between December 4, 2019, and January 15, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between December 4, 2019, and January 15, 2020, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 22, 2019

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE