DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
RYAN REZAEI (CABN 285133)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7324
    sailaja.paidipaty@usdoj.gov
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO CR19-0383 CRB |
| Plaintiff, | |
| v. | STATEMENT OF THE UNITED STATES IN RESPONSE TO JANUARY 15, 2020 COURT ORDER |
| HENRY JOVANY SEVILLA SEVILLA, a/k/a "Wilmer Josue Sevilla-Irias | |
| Defendant. | |

During the January 15, 2020 status conference in the actions related to the above-captioned case, the Court ordered the government to file a statement for each defendant outlining the following information: "quantity of drugs, potential mandatory minimum, criminal history category, deportation status, and how long the defendant has been in federal custody." *See United States v. Andy Reanos-Moreno, et al*, No Cr 19-0381 CRB, Dkt. 128, Minute Entry. This case was formally related to No Cr 19-0381 and others after that status conference. Dkt. 17. In response to the Court's order, the

//

//

//

STMT OF USA
NO CR 19-0383 CRB

1 | United States submits the chart attached here.

2 | DATED: January 27, 2020            Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

 /s/
SAILAJA M. PAIDIPATY
RYAN REZAEI
Assistant United States Attorneys

STMT OF USA
NO CR 19-0383 CRB

| Defendant | Minimum Drug Quantity Attributable to Defendant[1] | Subject to Mandatory Minimum | Criminal History Category[2] | Immigration Status | Subject to Removal Proceedings | Custody and Litigation Status |
|---|---|---|---|---|---|---|
| HENRY JOVANY SEVILLA SEVILLA, a/k/a "Wilmer Josue Sevilla-Irias" | Methamphetamine (actual) – 4 g<br>Cocaine Base – 148.97 g<br>Cocaine - 2.25 g<br>Total – 612.42 kg CDW[3] | No (drug quantity supports 60-month mandatory minimum) | I | Undocumented | Subject to Removal Proceedings | In custody since 8/6/2019<br><br>Status hearing on 3/25/2020 |

---

[1] The reported drug quantities are based on the government's current estimates. Additional chemical testing and analysis of intercepted communications are ongoing and these calculations may change depending on those assessments.

[2] The reported criminal history categories are estimates based on criminal history reports in the government's possession that have been produced to individual defendants. The criminal history categories have not been verified by U.S. Pretrial Services or the U.S. Probation Office.

[3] CDW refers to "Converted Drug Weight" as determined under U.S. Sentencing Guidelines § 2D1.1(c), Notes to Drug Quantity Table (K), and Application Note 8.